# United States Court of Appeals
## For the First Circuit

———————————

Nos.  07-1868
      07-2005

RÍO MAR ASSOCIATES, LP, SE, ET AL.,

Defendants/Cross-Plaintiffs, Appellants,

v.

UHS OF PUERTO RICO, INC., D/B/A
HOSPITAL SAN PABLO DEL ESTE,

Cross-Defendant, Appellee,

———————————

MYRELLA S. FIORENTINO,

Plaintiff, Appellee.

———————————

ERRATA SHEET

The opinion of this Court issued on April 10, 2008, is amended as follows:

On page 7, re-number footnote 2 to footnote 1 and re-number subsequent footnotes accordingly.